PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA


FILED
JUN 26 2006
PER
HARRISBURG          DEPUTY CLERK

U.S.A. vs. Jody Marie Finefrock          Docket No. 1:CR-01-358-002

### Petition on Probation and Supervised Release

COMES NOW _____Stephen F. Leahey_____ PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jody Finefrock who was sentenced to serve thirty-three months by the Honorable William W. Caldwell sitting in the court at Harrisburg, PA , on the 3rd day of January 2003 who fixed the period of supervised release at two years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:
* Supervision commenced on June 29, 2004.

> The defendant shall pay any balance of the fine imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $25.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Ms. Finefrock was ordered to pay a fine in the amount of $300.00. Probation office records reflect that Ms. Finefrock has thus far paid a total of $25.00. The defendant appears to have made fine payments to the best of her ability. However, a balance of $275.00 remains.

During the past two years, Ms. Finefrock has been employed on a part-time basis earning minimum wage. She was able to pay her special assessment in full by making monthly payments but did not have the financial resources to satisfy her fine. She is currently incarcerated in the Lebanon County Prison due to child support obligations. The defendant has generally complied with the conditions of supervision, was responsive to the probation officer's guidance, and there does not appear to be a basis for a violation action. It is recommended that her supervised release be permitted to expire. Assistant U.S. Attorney Christy Fawcett does not object to the recommendation.

PRAYING THAT THE COURT WILL ORDER that the defendant's term of supervised release be permitted to expire on June 28, 2006, without further action of the court.

ORDER OF COURT

Considered and ordered this __26th__ day of __June__, 2006, and ordered filed and made a part of the records in the above case.

_William W Caldwell_
U.S. District Judge

Respectfully,

_Stephen F. Leahey_
Stephen F. Leahey
Senior U.S. Probation Officer

Place  Harrisburg, PA
Date   June 23, 2006